**DEREK SMITH LAW GROUP, LLP**
Alexander Cabeceiras (SBN 338857)
633 W. 5th Street, Suite 3250
Los Angeles, CA 90071
Telephone:      (332) 910-5631
Facsimile:       (212) 587-0760
Email:             alexc@dereksmithlaw.com

*Attorneys for Plaintiff Viola Sullivan*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA SULLIVAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF TEHAMA, a public entity,<br>TEHAMA COUNTY SHERIFF'S OFFICE, a public entity,<br>DAVE KANE, Tehama County Sheriff, in his individual and official capacity as Sheriff,<br>JESSE BROWN, Deputy, an individual,<br>D. GISBON, an individual,<br>DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-2351-KJN<br><br><br><br>**STIPULATION** |

## STIPULATION

The parties, by and through their undersigned counsel, agree to the following:

1. Plaintiff will file an Amended Complaint (*Attachment A*) simultaneously with this stipulation;

2. Thereafter, Defendants will have thirty days to submit an Answer to the Amended Complaint;

3. The Court shall deem the pending Motion to Dismiss (ECF Dckt. No. 4) as moot;

4. The Court shall schedule an initial conference at a convenient date;

5. The caption of this case shall be changed to:

| | |
|---|---|
| VIOLA SULLIVAN, an individual,<br><br>            Plaintiff,<br>    vs.<br><br>COUNTY OF TEHAMA, a public entity,<br>TEHAMA COUNTY SHERIFF'S OFFICE, a public entity,<br>DAVE HENCRATT, Tehama County Sheriff, in his individual and official capacity as Sheriff,<br>JESSE BROWN, Deputy, aan individual,<br>DANIELLE GISBON, an individual,<br>DOES 1-25, inclusive,<br><br>            Defendants. | Case No.: 2:23-cv-2351-KJN |

6. Defendants shall accept service of the Amended Complaint on behalf of Defendants, including the newly named party Dave Hencratt.

Date: December 4, 2023

Respectfully Submitted,

| | |
|---|---|
| */s/ Alexander G. Cabeceiras*<br>Alexander G. Cabeceiras, Esq.<br>DEREK SMITH LAW GROUP, LLP<br>633 W. 5th Street, Suite 3250<br>Los Angeles, CA 90071<br>*Attorneys for Plaintiff* | */s/ Tracey A. Werner*<br>Tracey A. Werner, Esq.<br>Maire & Deedon<br>2851 Park Marina Dr., Suite 300<br>Redding, CA 96001<br>*Attorneys for Defendants* |

# ORDER

Good cause having been shown, the Court adopts the stipulation of the parties as its order. It is hereby ordered that:

1. Plaintiff will file an First Amended Complaint filed at ECF No. 13 is accepted by the Court;

2. Not later than thirty (30) days following the date this Order is electronically filed, Defendants shall submit an Answer to the Amended Complaint;

3. The pending Motion to Dismiss (ECF No. 4) is DENIED as moot;

4. The caption of this case shall be changed as set forth above;

5. Defendants shall accept service of the Amended Complaint on behalf of Defendants, including the newly named party Dave Hencratt.

IT IS SO ORDERED.

Dated: December 7, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE