UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA SULLIVAN, | No. 2:23-cv-02351-MCE-CSK |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF TEHAMA, et al. | |
| Defendants. | |

Good cause having been shown, Defendants' Motion to Stay (ECF No. 22) is GRANTED. Not later than March 5, 2025, the parties shall file a joint status report with the Court advising it as to the status of Plaintiff's state criminal proceedings.

IT IS SO ORDERED.

Dated: June 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE